Ernest J. Kruetgen et al., appellants, v. General Outdoor Advertising Company et al., appellees. Gen. No. 39,129.

620

Opinion filed February 1, 1937. Rehearing denied February 15, 1937.

Elder, Pedderson & Wedel, for appellants; Edgar B. Elder and John E. Pedderson, of counsel. Sanders, Childs, Bobb & Wescott, for certain appellees. Barnet Hodes, Corporation Counsel, and Leo V. Roeder, Assistant Corporation Counsel, for certain other appellees; William L. Bourland, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.